# MORTON S. MINSLEY
Attorney at Law

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849        Fax: 212-766-9798        E-Mail: Minsleylaw@me.com

July 5, 2016

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
US District Court, SDNY
500 Pearl Street
New York, New York 10007

Re:     William Mok v 21 Mott St. Restaurant, et al, Docket No. 14 Cv. 8081
        US District Court, SDNY

Dear Judge Castel:

I represent the Defendants in this matter in which the final pre-trail conference is scheduled for tomorrow, July 6, 2016 at 3:00 pm. By previous orders of this Court, Plaintiff's counsel was directed to consult with my office and prepare and submit a joint pre-trial order on or before May 23, 2016. This last deadline of May 23, 2016 was never extended by the Court, nor did Plaintiff's counsel ever request such an extension. Further, at no time during the past two months has Plaintiff's counsel contacted my office to consult on the preparation of a joint pretrial order, to identify proposed trial exhibits or to discuss the issues identified in your Honor's individual rules.

At 6:10 pm this evening, I was surprised to receive in my e-mail box 32 pages of proposed "joint jury instructions" which I had never previously been consulted on or asked to review. Further, no proposed joint pretrial order was annexed to this document.

Frankly, having not heard from Plaintiff's counsel in since early May about this case, I had assumed that Plaintiff had planned to discontinue this case at tomorrow's conference. I therefore object to being given these documents on such short, last minute notice, over a month after the deadline set by the Court.

Respectfully,

Morton S. Minsley

MSM: mm
CC:     John M. Gurrieri
        Law Office of Justin A. Zeller, P.C.
        *Attorneys for Plaintiff*
        *(Via ECF)*