**EXHIBIT A**

**Morton S. Minsley, Esq.**

101 Lafayette Street
10th Floor
New York, NY 10013

---

Invoice submitted to:
Mr. Peter Lee
Hop Kee Restuarant
21 Mott Street
New York, NY 10013
USA

August 2, 2017

Invoice #10147

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | **Mok v. 21 Mott Street Restaurant Corp.** | | |
| 7/5/16 | letter to Judge Castel re Plaintiff's counsel's failure to submit pre-trial submissions. | 0.57<br>400.00/hr | 228.67 |
| 7/6/16 | Court Appearance - appear at US District Court, SDNY for conference before Judge Castel; Court noted Plaintiff's non-compliance; order to follow. | 1.00<br>400.00/hr | 400.00 |
| 11/30/16 | Review letter to Court from Plaintiff's counsel; discuss with client | 0.17<br>400.00/hr | 66.67 |
| 12/5/16 | Review Order from J. Castel; discuss with Peter Chiu, Esq. and client. | 0.17<br>400.00/hr | 66.67 |
| 12/9/16 | Review Affirmation submitted by Brandon Sherr, Esq.; discuss with Peter Chiu, Esq. and client, re Defendants' response. | 0.50<br>400.00/hr | 200.00 |
| 12/23/16 | Draft response to Sherr submision; req. case to be dismissed. | 1.64<br>400.00/hr | 654.67 |
| 12/26/16 | review status of case; e-mails to client; meeting with Peter Chiu, Esq. to review. | 1.36<br>400.00/hr | 542.56 |
| 1/18/17 | Review J. Castel order - court orders sanctions for Plaintiff's conduct; final PTC to be rescheduled; discuss with Peter Chiu, Esq. and clients. | 0.50<br>400.00/hr | 200.00 |
| 1/25/17 | Letter to J. Castel addressing status of case; req. additional time to submit PT submissions re negotiations between counsel | 0.38<br>400.00/hr | 153.33 |
| 2/7/17 | Meeting w/ clients to discuss issues of case moving forward. | 1.21<br>400.00/hr | 483.78 |

---

(212) 346-0849

Mr. Peter Lee                                                                                                                                    Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 2/8/17 | letter to J. Castel re continued settlement negotiations; req. for additional time due to engagement in Syracuse trial. | 1.52<br>400.00/hr | 606.78 |
| 2/22/17 | t/c Plaintiff's counsel re settlement negotiations, re ext. of time; review letter filed by Plaintiff's counsel; discuss settlement issues with Peter Chiu, Esq. and client. | 0.80<br>400.00/hr | 320.00 |
| 3/8/17 | T/c Peter Lee; t/c Brandon Sherr; t/c Peter Lee - accepted proposed settlement for $25,000 subject to Court approval. | 0.33<br>400.00/hr | 133.33 |
|  | t/c Plaintiff's counsel; Review settlement agreement - revise agreement and e-mail to Plaintiff's counsel; review with Peter Chiu, Esq. and clients. | 1.85<br>400.00/hr | 739.78 |
| 6/7/17 | Review letter filed by Plaintiff's counsel; Plaintiff died - when did he die?; T/c client; conf. with Peter Chiu. | 0.50<br>400.00/hr | 200.00 |
| 6/8/17 | review docket and history of case since last July | 0.50<br>400.00/hr | 200.00 |
|  | conference with client and Peter Chiu, Esq. | 0.26<br>400.00/hr | 105.67 |
|  | T/c Plaintiff's counsel - Brandon Sherr - Plaintiff has been dead since September; discussed with Plaintiff's counsel - was never told of death prior to settlement - case should be dismissed - settlement void - Letter to Judge Castel requesting dismissal of action; discuss with Peter Chiu, Esq. | 2.25<br>400.00/hr | 900.00 |
| 6/23/17 | Review J. Castel order and history of case.  E-mail to Client | 0.75<br>400.00/hr | 299.00 |
| 6/28/17 | Review letter from Stephen Hans appearing for Brandon Sherr; conf. w. Peter Chiu Esq. | 0.17<br>400.00/hr | 66.67 |
| 7/14/17 | Review letter from Stephen Hans; discuss with client and Peter Chiu, Esq. | 0.17<br>400.00/hr | 66.67 |
| 7/21/17 | Review papers filed by Plaintiff's counsel; discuss with Peter Chiu, Esq. | 0.33<br>400.00/hr | 133.33 |
| 8/2/17 | Draft letter to Judge Castel | 1.42<br>400.00/hr | 568.33 |
|  | SUBTOTAL: | [   18.35 | 7,335.91] |
|  | **For professional services rendered** | **18.35** | **$7,335.91** |
|  | Balance due |  | $7,335.91 |