# Morton S. Minsley, Esq.

101 Lafayette Street  
10th Floor  
New York, NY 10013

---

Invoice submitted to:  
Mr. Peter Lee  
Hop Kee Restuarant  
21 Mott Street  
New York, NY 10013  
USA

September 12, 2017

Invoice #10147

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Mok v. 21 Mott Street Restaurant Corp.** | | |
| 1/25/17 | Letter to J. Castel addressing status of case; req. additional time to submit PT submissions re negotiations between counsel | 0.38<br>400.00/hr | 153.33 |
| 2/7/17 | Meeting w/ clients to discuss issues of case moving forward. | 1.21<br>400.00/hr | 483.78 |
| 2/8/17 | letter to J. Castel re continued settlement negotiations; req. for additional time due to engagement in Syracuse trial. | 1.52<br>400.00/hr | 606.78 |
| 2/22/17 | t/c Plaintiff's counsel re settlement negotiations, re ext. of time; review letter filed by Plaintiff's counsel; discuss settlement issues with Peter Chiu, Esq. and client. | 0.80<br>400.00/hr | 320.00 |
| 3/8/17 | T/c Peter Lee; t/c Brandon Sherr; t/c Peter Lee - accepted proposed settlement for $25,000 subject to Court approval. | 0.33<br>400.00/hr | 133.33 |
| | t/c Plaintiff's counsel; Review settlement agreement - revise agreement and e-mail to Plaintiff's counsel; review with Peter Chiu, Esq. and clients. | 1.85<br>400.00/hr | 739.78 |
| 6/7/17 | Review letter filed by Plaintiff's counsel; Plaintiff died - when did he die?; T/c client; conf. with Peter Chiu. | 0.50<br>400.00/hr | 200.00 |
| 6/8/17 | review docket and history of case since last July | 0.50<br>400.00/hr | 200.00 |
| | conference with client and Peter Chiu, Esq. | 0.26<br>400.00/hr | 105.67 |

---

Mr. Peter Lee                                                                                                                Page     2

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/8/17 T/c Plaintiff's counsel - Brandon Sherr - Plaintiff has been dead since September; discussed with Plaintiff's counsel - was never told of death prior to settlement - case should be dismissed - settlement void - Letter to Judge Castel requesting dismissal of action; discuss with Peter Chiu, Esq. | 2.25<br>400.00/hr | 900.00 |
| 6/23/17 Review J. Castel order and history of case.  E-mail to Client | 0.75<br>400.00/hr | 299.00 |
| 6/28/17 Review letter from Stephen Hans appearing for Brandon Sherr; conf. w. Peter Chiu Esq. | 0.17<br>400.00/hr | 66.67 |
| 7/14/17 Review letter from Stephen Hans; discuss with client and Peter Chiu, Esq. | 0.17<br>400.00/hr | 66.67 |
| 7/21/17 Review papers filed by Plaintiff's counsel; discuss with Peter Chiu, Esq. | 0.33<br>400.00/hr | 133.33 |
| 8/2/17 Draft letter to Judge Castel | 1.42<br>400.00/hr | 568.33 |
| 9/12/17 Review orders from J. Castel;e-mail and t/c with client; letter to Court enclosing revised fee application | 0.50<br>400.00/hr | 200.00 |
| SUBTOTAL: | [     12.94 | 5,176.67] |
| **For professional services rendered** | **12.94** | **$5,176.67** |
| Balance due |  | $5,176.67 |